*Wayne M. Harris* for appellant.

*Clarence J. Henry, District Attorney (Joseph G. Fritsch* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* VINCENT IANNICIELLO, Appellant.

Argued October 19, 1953; decided November 25, 1953.

*Frank Serri* for appellant.

*Miles F. McDonald, District Attorney (William I. Siegel* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS J. CUNNINGHAM, Appellant, against JOHN F. McNEILL, as Superintendent of Matteawan State Hospital, Respondent.

Argued October 20, 1953; decided November 25, 1953.